UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------:x
                                                             :
EDDY TURKIEH MIZRAHI,
                                                             :
                                Plaintiff,
                                                             :       2:14-cv-007987-JLL-JAD
                         - vs. -
                                                             :       **NOTICE OF MOTION**
CHECKOLITE INTERNATIONAL, INC. and
LEON BIBI,                                                   :

                                Defendants.      :

-------------------------------------------------------------:x

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure

12(b)(6), Defendants, Checkolite International, Inc. and Leon Bibi (together "Defendants"), by

and through their undersigned counsel, upon the accompanying Memorandum of Law, will move

this Court to compel arbitration and dismiss the Complaint with prejudice on March 16, 2015, at

9:00 a.m. or as soon thereafter as the matter may be heard at:

> Martin Luther King Building & U.S. Courthouse
> 50 Walnut Street
> Courtroom 5D (Hon. Jose L. Linares)
> Newark, NJ 07101

Opposition papers, if any, shall be served by March 2, 2015 and reply papers shall be

served by March 9, 2015.

Dated:   February 23, 2015
         Glen Rock, New Jersey

                       Respectfully submitted,

                       ___/s/ Anna Aguilar_____
                       Anna Aguilar
                       Lisa Bentley
                       Aguilar Bentley LLC
                       266 Harristown Road Ste. 306
                       Glen Rock, NJ 07452
                       201.857.3833
                       646.924.0599 (facsimile)
                       aaguilar@aguilarbentley.com
                       lbentley@aguilarbentley.com
                       *Attorneys for Defendants*