UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------:x
                                                            :
EDDY TURKIEH MIZRAHI,                                       :
                                                            :
                      Plaintiff,                            :
                                                            :        2:14-cv-007987-JLL-JAD
              - vs. -                                       :
                                                            :
CHECKOLITE INTERNATIONAL, INC. and                          :
LEON BIBI,                                                  :
                                                            :
                      Defendants.                           :
                                                            :
------------------------------------------------------------:x


**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**
**ARBITRATION AND TO DISMISS THE COMPLAINT**

Upon consideration of the Motion to Compel Arbitration and to Dismiss the

Complaint by Defendants Checkolite International, Inc. and Leon Bibi (collectively,

"Defendants"), and the materials submitted in support of the Motion, the Court has determined

that Defendant's Motion to Compel Arbitration and to Dismiss the Complaint should be, and

hereby is, GRANTED, such that the Complaint is hereby dismissed in its entirety for failure to

state a claim upon which relief can be granted.


              SO ORDERED this _____ day of _____, 2015.


                                             _____
                                             The Honorable Jose L. Linares
                                             United States District Judge